# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
DISTRICT JUDGE
(206) 370-8810

August 21, 2019

Robert Dean Bohm
Robert D. Bohm, PLLC
P.O. Box 25536
Federal Way, WA 98093

Blake Edward Marks-Dias
Corr Cronin, LLP
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051

**Delivered Via CM/ECF**

    RE:    <u>Sandra K. Long v. USAA Casualty Insurance Company et al.</u>, No. 2:19-CV-568-RSL
            Stipulated Protective Order

Dear Counsel:

On August 2, 2019, the Court received your "Stipulated Protective Order." Dkt. #13.

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause.

Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted. The order must also comply with the applicable federal and local procedural rules.

The stipulated protective order submitted in this case is deficient in the following respect:

    The description of "confidential material" as including "other confidential or proprietary information of USAA CIC, including information

constituting trade secrets, that may be requested in discovery" is too broad. Any protective order entered by the Court must identify the class or type of documents subject to the order and explain the need for confidentiality if not apparent from the context.

The agreed protective order received by the Court will remain lodged in the file but will not be entered. The parties may resubmit a proposed order if they remedy the deficiencies identified in this letter.

Sincerely,

Robert S. Lasnik
United States District Judge