THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SANDRA K. LONG, a single individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES I-X<br><br>Defendants. | No. 2:19-cv-00568 RSL<br><br>**ORDER TO CONTINUE TRIAL DATE**<br><br>**Clerk's Action Required** |

## ORDER

Based on the foregoing Stipulated Joint Motion, it is ORDER, ADJUDGED, and DECREED that the above-captioned case should be continued for trial to August 3, 2020. The Court will issue a new case schedule.

ORDER TO CONTINUE TRIAL DATE
– Page 1

ROBERT D. BOHM, PLLC
PO Box 25536
Federal Way, WA 98093
206-463-6767
rdbohm@premisesinjurylaw.com

1     ORDERED on this 5th day of December, 2019.

*[signature]*

Robert S. Lasnik
United States District Judge

**ORDER TO CONTINUE TRIAL DATE**
– Page 2