THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA K. LONG, a single individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES I-X,<br><br>　　　　　　　Defendants. | No. 2:19-cv-00568 RSL<br><br>STIPULATED JOINT MOTION AND ORDER FOR CONTINUANCE OF DISCOVERY DEADLINE |

## I. STIPULATION

COME NOW Plaintiff Sandra K. Long and Defendant USAA Casualty Insurance Company ("USAA"), by and through their counsel of record, and hereby make this stipulated joint motion that the discovery cutoff deadline be continued from April 5, 2020 to June 30, 2020. No other deadlines shall be impacted by this continuation of the discovery cutoff.

The Court may modify the discovery cutoff deadline "for good cause." LCR 16(b)(4). Good cause exists here. First, the parties have been working cooperatively to schedule the depositions of two corporate witnesses located in San Antonio, Texas. The parties have finally been able to coordinate the schedules of counsel and the witnesses and set these depositions for April 8 and 9, 2020—after the discovery cutoff. Second, the coronavirus pandemic has presented

STIPULATED JOINT MOTION AND ORDER FOR
CONTINUANCE OF DISCOVERY DEADLINE  – 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  additional and unexpected challenges to the parties' ability to complete discovery by April 5,
2  2020.  For instance, the parties are working to schedule Plaintiff's deposition and had initially set
3  her deposition for March 19, 2020.  However, Plaintiff is at a higher risk for complications arising
4  from COVID-19 and is taking necessary precautions of self-isolation to avoid contracting the
5  coronavirus.  Similarly, government and public health officials have ordered individuals in this
6  state and across the country to practice social distancing and/or self-isolate to slow the spread of
7  the coronavirus.  Holding additional depositions during this pandemic may put counsel, the
8  parties, witnesses, and court reporters at unnecessary risk for contracting and/or spreading the
9  coronavirus.

10      For the foregoing reasons, the parties agree to and request a continuance of the discovery
11  deadline from April 5, 2020 to June 30, 2020.  This continuance will not affect any other deadlines
12  and will allow the parties to complete discovery well ahead of the August 3, 2020 trial date.

CORR CRONIN LLP

*s/ Victoria E. Ainsworth*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
(206) 625-8600 Phone
E-mail: bmarksdias@corrcronin.com
       tainsworth@corrcronin.com
*Attorneys for Defendant USAA Casualty Insurance Company*

ROBERT D. BOHM, P.L.L.C.

*s/ Robert D. Bohm (per email authorization)*
Robert D. Bohm, WSBA No. 42703
PO Box 25536
Federal Way, WA  98093
(206) 463-6767 Phone
Email:  rdbohm@premisesinjurylaw.com
*Attorneys for Plaintiff*


POLI, MOON & ZANE, PLLC

*s/ Michael Poli (per email authorization)*
Michael Poli, WSBA No. 54631
2999 N. 44th Street, Suite 325
Phoenix, Arizona 85018
602-857-8180 Phone
Email: mpoli@pmzlaw.com
*Attorneys for Plaintiff (admitted pro hac vice)*

STIPULATED JOINT MOTION AND ORDER FOR
CONTINUANCE OF DISCOVERY DEADLINE  – 2

## II.  ORDER

IT IS SO ORDERED that, for good cause shown, the parties may extend the discovery cutoff deadline to June 30, 2020.  All other court deadlines provided in the December 5, 2019 Amended Order Setting Trial Date and Related Dates shall remain in effect and unchanged.

DATED:  March 19, 2020

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

CORR CRONIN LLP

s/ Victoria E. Ainsworth
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
(206) 625-8600 Phone
E-mail: bmarksdias@corrcronin.com
             tainsworth@corrcronin.com
*Attorneys for Defendant USAA Casualty Insurance Company*

ROBERT D. BOHM, P.L.L.C.

s/ Robert D. Bohm (per email authorization)
Robert D. Bohm, WSBA No. 42703
PO Box 25536
Federal Way, WA  98093
(206) 463-6767 Phone
Email:  rdbohm@premisesinjurylaw.com

*Attorneys for Plaintiff*

POLI, MOON & ZANE, PLLC

s/ Michael Poli (per email authorization)
Michael Poli, WSBA No. 54631
2999 N. 44th Street, Suite 325
Phoenix, Arizona 85018
602-857-8180 Phone
Email: mpoli@pmzlaw.com
*Attorneys for Plaintiff (admitted pro hac vice)*

STIPULATED JOINT MOTION AND ORDER FOR CONTINUANCE OF DISCOVERY DEADLINE – 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

895 00024 kc181c08et