THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA K. LONG, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES I-X,<br><br>Defendants. | No. 2:19-cv-00568 RSL<br><br>STIPULATED JOINT MOTION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE DEADLINE |

## I. STIPULATION AND MOTION

COME NOW Plaintiff Sandra K. Long and Defendant USAA Casualty Insurance Company ("USAA"), by and through their counsel of record, and hereby make this stipulated joint motion that the Settlement Conference deadline be continued from April 20, 2020 to July 20, 2020. No other deadlines shall be impacted by this continuation of the Settlement Conference deadline.

The Court may modify deadlines in its scheduling order "for good cause." LCR 16(b)(6). Good cause exists here. Washington remains under a Stay Home, Stay Safe order until at least May 4, 2020. On March 17, 2020, the Court issued General Order No. 02-20, closing the Seattle courthouse for at least 30 days. On April 13, 2020, the Court issued General Order No. 07-20, extending the closure of the Seattle courthouse for at least thirty days. All civil in-person hearings

STIPULATED JOINT MOTION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE DEADLINE – 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

and trial dates in the Court scheduled to occur before July 1, 2020, are continued pending further order of the Court. The Stay Home, Stay Healthy order and the Court's closure make it impractical for the parties to conduct a meaningful settlement conference until the current public health measures and restrictions have been lifted. Additionally, the current COVID-19 pandemic has prevented the parties from conducting depositions previously scheduled in March and April 2020. This discovery is pertinent to the parties' ability to engage in substantive settlement negotiations.

The Court's General Order No. 02-20 expressly contemplates that "[s]cheduling orders in cases may need to be amended as appropriate on a case-by-case basis." For the foregoing reasons, the parties agree to and request a continuance of the Settlement Conference deadline from April 20, 2020 to July 20, 2020. This continuance will not affect any other deadlines and will allow the parties to conduct a meaningful settlement conference with the benefit of additional discovery ahead of the August 3, 2020 trial date.

DATED this 20th day of April, 2020.

| CORR CRONIN LLP | ROBERT D. BOHM, P.L.L.C. |
|---|---|
| *s/ Blake Marks-Dias*<br>Blake Marks-Dias, WSBA No. 28169<br>Victoria E. Ainsworth, WSBA No. 49677<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>(206) 625-8600 Phone<br>E-mail: bmarksdias@corrcronin.com<br>tainsworth@corrcronin.com<br>*Attorneys for Defendant USAA Casualty Insurance Companyf* | *s/ Robert D. Bohm (per email authorization)*<br>Robert D. Bohm, WSBA No. 42703<br>PO Box 25536<br>Federal Way, WA 98093<br>(206) 463-6767 Phone<br>Email: rdbohm@premisesinjurylaw.com<br>*Attorneys for Plaintiff*<br><br>POLI, MOON & ZANE, PLLC<br><br>*s/ Michael Poli (per email authorization)*<br>Michael Poli, WSBA No. 54631<br>2999 N. 44th Street, Suite 325<br>Phoenix, Arizona 85018<br>602-857-8180 Phone<br>Email: mpoli@pmzlaw.com<br>*Attorneys for Plaintiff (admitted pro hac vice)* |

STIPULATED JOINT MOTION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE DEADLINE – 2

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## II. ORDER

IT IS SO ORDERED that, for good cause shown, the parties may extend the Settlement Conference deadline to July 20, 2020. All other court deadlines provided in the December 5, 2019 Amended Order Setting Trial Date and Related Dates shall remain in effect and unchanged.

DATED: April 21, 2020

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

| CORR CRONIN LLP | ROBERT D. BOHM, P.L.L.C. |
|---|---|
| s/ Blake Marks-Dias | s/ Robert D. Bohm (per email authorization) |
| Blake Marks-Dias, WSBA No. 28169 | Robert D. Bohm, WSBA No. 42703 |
| Victoria E. Ainsworth, WSBA No. 49677 | PO Box 25536 |
| 1001 Fourth Avenue, Suite 3900 | Federal Way, WA 98093 |
| Seattle, WA 98154 | (206) 463-6767 Phone |
| (206) 625-8600 Phone | Email: rdbohm@premisesinjurylaw.com |
| E-mail: bmarksdias@corrcronin.com | |
| tainsworth@corrcronin.com | |
| *Attorneys for Defendant USAA Casualty Insurance Companyf* | *Attorneys for Plaintiff* |

POLI, MOON & ZANE, PLLC

*s/ Michael Poli (per email authorization)*
Michael Poli, WSBA No. 54631
2999 N. 44th Street, Suite 325
Phoenix, Arizona 85018
602-857-8180 Phone
Email: mpoli@pmzlaw.com
*Attorneys for Plaintiff (admitted pro hac vice)*

STIPULATED JOINT MOTION AND ORDER FOR
CONTINUANCE OF SETTLEMENT CONFERENCE
DEADLINE – 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900