UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA K. LONG,<br><br>           Plaintiff,<br><br>     v.<br><br>USAA CASUALTY INSURANCE COMPANY, et al.,<br><br>           Defendants. | Case No. C19-568RSL<br><br>ORDER EXTENDING DISPOSITIVE MOTION DEADLINE |

This matter comes before the Court on the parties' "Stipulated Joint Motion and Order for Issuance of a New Scheduling Order and for Continuance of Motion for Summary Judgment Briefing Deadlines." Dkt. #34.  Having reviewed the joint motion and the remainder of the record,

IT IS HEREBY ORDERED that the dispositive motion deadline in this matter is extended to August 1, 2020.  All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)).

IT IS FURTHER ORDERED that all other pending deadlines remain stricken as set forth in the Minute Order issued May 6, 2020 (see Dkt. #33).  That Minute Order remains in effect and shall govern the resetting of all remaining motion in limine, pretrial, and trial dates in this matter.

IT IS SO ORDERED.

//

ORDER EXTENDING DISPOSITIVE MOTION DEADLINE - 1

DATED this 26th day of May, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING DISPOSITIVE MOTION DEADLINE - 2