THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA K. LONG, a single individual,

Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, DOES I-X,

Defendants.

No. 2:19-cv-00568 RSL

STIPULATED JOINT MOTION TO RE-NOTE DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT TO OCTOBER 2, 2020

## I. STIPULATION

COME NOW Plaintiff Sandra K. Long and Defendant USAA Casualty Insurance Company ("USAA CIC"), by and through their counsel of record, and hereby make this stipulated joint motion that USAA CIC's pending motion for summary judgment be re-noted from the current noting date of August 28, 2020 to October 2, 2020.

The Court may defer consideration of a motion for summary judgment under Fed. R. Civ. P. 56(d) to allow additional discovery. Additionally, the Court may modify pretrial deadlines "for good cause." LCR 16(b)(4). Good cause exists here to warrant a continuance of USAA CIC's motion for summary judgment to allow the parties to complete discovery in this matter.

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

USAA CIC initially filed its motion for summary judgment on May 5, 2020. The following day, the Court entered a minute order noting that it "will continue resolving pending motions" but otherwise striking "the deadline for submitting motions in limine, the trial date, and the remaining pretrial deadlines." Dkt. 33. The Court's order directed the parties to file a joint status report within 21 days of the Court's resolution of the pending summary judgment motion or the reopening of the Seattle courthouse, whichever is later. *Id.*

On May 22, 2020, the parties filed a stipulated motion for the issuance of a new scheduling order and for a continuance of USAA CIC's motion for summary judgment to allow the parties to conduct additional discovery, including the depositions of Plaintiff and two corporate witnesses. Dkt. 34. The Court granted the parties' motion on May 26, 2020, continuing the dispositive motion deadline to Saturday, August 1, 2020. Dkt. 35.

The parties conducted the depositions of the corporate witnesses on July 27 and 28, 2020, and Plaintiff's deposition on August 12, 2020, respectively. On Monday, August 3, 2020, USAA CIC timely renewed its motion for summary judgment. Dkt. 37, 38. Consistent with LCR 7(d)(3), USAA CIC noted its motion for consideration on August 28, 2020.

However, Plaintiff has served additional written discovery on USAA CIC based on information that came to light during the recent depositions. Pursuant to agreement by the parties, this discovery is due on September 4, 2020. Accordingly, the parties now jointly seek a continuance of USAA CIC's pending motion for summary judgment from August 28, 2020 to October 2, 2020 to allow the parties to complete discovery in this matter.

For the foregoing reasons, the parties agree and request that the Court re-note the hearing date for USAA CIC's motion for summary judgment from August 28, 2020 to October 2, 2020. This continuance will not affect any other deadlines and will allow the parties to complete discovery prior to the Court's consideration of USAA CIC's motion for summary judgment.

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 18th day of August, 2020.

CORR CRONIN LLP

*s/ Victoria E. Ainsworth*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600 Phone
Email: bmarksdias@corrcronin.com
tainsworth@corrcronin.com
*Attorneys for Defendant USAA Casualty Insurance Company*

ROBERT D. BOHM, P.L.L.C.

*s/ Robert D. Bohm (per email authority)*
Robert D. Bohm, WSBA No. 42703
PO Box 25536
Federal Way, WA 98093
(206) 463-6767 Phone
Email: rdbohm@premisesinjurylaw.com
*Attorneys for Plaintiff*

POLI, MOON & ZANE, PLLC

Michael Poli, WSBA No. 54631
2999 N. 44th Street, Suite 325
Phoenix, Arizona 85018
(602) 857-8180 Phone
Email: mpoli@pmzlaw.com
*Attorneys for Plaintiff (admitted pro hac vice)*

RIDGELINE LAW GROUP, PLLC

Daniel McLafferty, WSBA No. 45243
2367 Tacoma Ave. S.
Tacoma, WA 98402
(206) 274-9380 Phone
Email: dan@ridgelinelaw.com
*Attorneys for Plaintiff*

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**II. ORDER**

IT IS SO ORDERED that, for good cause shown, Defendant USAA CIC's motion for summary judgment is hereby re-noted for consideration on October 2, 2020. Pursuant to LCR 7(d)(3), Plaintiff's response to USAA CIC's motion for summary judgment is due September 28, 2020. USAA CIC's reply is due on October 2, 2020.

This continuance shall not affect any other deadlines. Pursuant to the Court's May 6, 2020 minute order, the parties shall file a joint status report within 21 days of the Court's resolution of the pending summary judgment motion or the reopening of the Seattle Courthouse, whichever is later.

DATED: August 19, 2020.

HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

CORR CRONIN LLP

*s/ Victoria E. Ainsworth*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600 Phone
Email: bmarksdias@corrcronin.com
tainsworth@corrcronin.com
*Attorneys for Defendant USAA Casualty Insurance Company*

ROBERT D. BOHM, P.L.L.C.

*s/ Robert D. Bohm (per email authority)*
Robert D. Bohm, WSBA No. 42703
PO Box 25536
Federal Way, WA 98093
(206) 463-6767 Phone
Email: rdbohm@premisesinjurylaw.com
*Attorneys for Plaintiff*

STIPULATED JOINT MOTION TO RE-NOTE DEFENDANT USAA CIC'S MOTION FOR SUMMARY JUDGMENT TO OCTOBER 2, 2020 – 4

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

POLI, MOON & ZANE, PLLC

Michael Poli, WSBA No. 54631
2999 N. 44th Street, Suite 325
Phoenix, Arizona 85018
602-857-8180 Phone
Email: mpoli@pmzlaw.com
*Attorneys for Plaintiff (admitted pro hac vice)*

RIDGELINE LAW GROUP, PLLC

Daniel McLafferty, WSBA No. 45243
2367 Tacoma Ave. S.
Tacoma, WA 98402
(206) 274-9380 Phone
Email: dan@ridgelinelaw.com
*Attorneys for Plaintiff*

STIPULATED JOINT MOTION TO RE-NOTE DEFENDANT USAA CIC'S MOTION FOR SUMMARY JUDGMENT TO OCTOBER 2, 2020 – 5

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900