THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA K. LONG, a single individual,<br><br>                        Plaintiff,<br><br>     v.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES I-X,<br><br>                        Defendants. | No. 2:19-cv-00568 RSL<br><br>**STIPULATION TO AMEND NOTING DATE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**COMES NOW** Plaintiff Sandra K. Long ("Plaintiff") and Defendant USAA Casualty Insurance Company ("Defendant") (collectively the "Parties"), by and through their undersigned counsel of record, and hereby stipulate to amend the noting date of Defendant's Motion for Summary Judgment (the "Motion") by one week from October 2, 2020 to October 9, 2020 thereby causing Plaintiff's Response to the Motion be extended one-week to Monday, October 5, 2020.

Attorney Daniel McLafferty and his wife recently had a baby born a couple of weeks early. Attorney McLafferty was primarily responsible for preparing Plaintiff's Response to the Motion, and is now on paternity leave. Attorney Michael N. Poli is now responsible for preparing the Response but had deadlines in other cases preventing him from devoting the necessary time to prepare the Response.

| | |
|---|---|
| STIPULATION FOR EXTENSION OF TIME<br>FOR PLAINTIFF TO RESPOND TO DEFENDANT'S<br>MOTION FOR SUMMARY JUDGMENT | ROBERT D. BOHM, P.L.L.C.<br>POLI, MOON && ZANE, PLLC |

Therefore, for the foregoing reasons, the Parties hereby stipulate and agree to extend the noting date of Defendant's Motion for Summary Judgment to October 9, 2020, thereby extending the deadlines for Plaintiff's Response to Defendant's Motion for Summary Judgment to October 5, 2020 and Defendant's Reply in Support of its Motion for Summary Judgment to October 9, 2020.

DATED this 28th day of September, 2020.

| CORR CRONIN LLP | ROBERT D. BOHM, PLLC |
|---|---|
| */s/ Victoria E. Ainsworth (w/permission)* <br> Black Marks-Dias, WSBA No. 28169 <br> Victoria E. Ainsworth, WSBA No. 49677 <br> 1001 Fourth Avennue, Suite 3900 <br> Seattle, WA 98154 <br> (206) 625-8600 <br> Email: bmarksdias@corrcronin.com <br>   tainsworth@corrcronin.com <br> *Attorneys for Defendant USAA Casualty Insurance Company* | */s/ Robert D. Bohm* <br> Robert D. Bohm, WSBA No. 42703 <br> PO Box 25536 <br> Federal Way, WA 98093 <br> (206) 463-6767 <br> Email: rdbohm@premisesinjurylaw.com <br> *Attorneys for Plaintiff* <br><br> POLI, MOON & ZANE, PLLC <br><br> */s/ Michael N. Poli (pro hac vice)* <br> Michael N. Poli <br> 2999 N. 44th Street, Suite 325 <br> Phoenix, Arizona 85018 <br> (602) 857-8180 <br> Email: mpoli@pmzlaw.com <br> *Attorneys for Plaintiff (admitted pro hac vice)* |

## II. ORDER

IT IS SO ORDERED that, for good cause shown, Defendant USAA CIC's motion for summary judgment is hereby re-noted for consideration on October 9, 2020. Pursuant to LCR 7(d)(3), Plaintiff's response to USAA CIC's motion for summary judgment is due October 5, 2020. USAA CIC's reply is due on October 9, 2020.

This continuance shall not affect any other deadlines. Pursuant to the Court's May 6, 2020 minute order, the parties shall file a joint status report within the later of 21 days of the Court's resolution of the pending summary judgment motion or the reopening of the Seattle Courthouse.

DATED: September 29, 2020.

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

| | |
|---|---|
| CORR CRONIN LLP | ROBERT D. BOHM, P.L.L.C. |
| *s/ Victoria E. Ainsworth* | *s/ Robert D. Bohm* |
| Blake Marks-Dias, WSBA No. 28169 | Robert D. Bohm, WSBA No. 42703 |
| Victoria E. Ainsworth, WSBA No. 49677 | PO Box 25536 |
| 1001 Fourth Avenue, Suite 3900 | Federal Way, WA 98093 |
| Seattle, WA 98154 | (206) 463-6767 Phone |
| (206) 625-8600 Phone | Email: rdbohm@premisesinjurylaw.com |
| Email: bmarksdias@corrcronin.com | |
| tainsworth@corrcronin.com | POLI, MOON & ZANE, PLLC |
| *Attorneys for Defendant USAA Casualty Insurance Company* | Michael Poli, WSBA No. 54631 |
| | 2999 N. 44th Street, Suite 325 |
| | Phoenix, Arizona 85018 |
| | 602-857-8180 Phone |
| | Email: mpoli@pmzlaw.com |
| | 602-857-8180 |
| | *(Admitted pro hac vice)* |
| | *Attorneys for Plaintiff* |

STIPULATION FOR EXTENSION OF TIME
FOR PLAINTIFF TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

ROBERT D. BOHM, P.L.L.C.
POLI, MOON && ZANE, PLLC