UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA K. LONG, | Case No. C19-0568-RSL |
| Plaintiff, | ORDER |
| v. | |
| USAA CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on plaintiff's timely motion for reconsideration of that portion of the Court's summary judgment order dismissing her Consumer Protection Act claim. The Clerk of Court is directed to renote defendants' motion for reconsideration (Dkt. # 67) on the Court's calendar for Friday, September 3, 2022. Defendant may file a response on or before Monday, August 29, 2022. Plaintiff's reply, if any, is due on or before the note date.

Dated this 22nd day of August, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1